<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 16-1393**

---

MELANIE WRIGHT, Administratix, Successor in Interest, Record Property Owner, Personal Representative, for the Estate of Earl Wright,

        Plaintiff – Appellant,

   and

EARL WRIGHT,

        Plaintiff,

     v.

NATIONSTAR MORTGAGE, LLC; BANK OF AMERICA, N.A.; GMAC MORTGAGE CORPORATION; JOHN E. DRISCOLL, III, Esquire; ROBERT E. FRAZIER, Esquire; JANA M. GANTT, Esquire; LAURA D. HARRIS, Esquire; DANIEL J. PESACHOWITZ, Esquire; DEENA L. REYNOLDS, Esquire; STANLEY ZIMMERMAN, Esquire; KIMBERLY BROOKE LANE, Esquire; BEHZAD GOHARI; SAMUEL I. WHITE, Esquire; RICHARD S. O'CONNOR, Esquire; ROBERT HARVEY HILLMAN, Esquire; CRAIG ROBERT HAUGHTON, Esquire; FEDERAL TITLE AND ESCROW COMPANY; TIMOTHY F. GEITHNER; JOE GENTILE; EDUARDA SANTIAGO,

        Defendants – Appellees,

BALTIMORE HOME ALLIANCE, LLC,

        Debtor – Appellee,

   and

NICK GREEN; JESSICA MITCHELL; BANK OF AMERICA; JOHN AND JANE DOES, I through XV; MD SANT, LLC,

        Defendants.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:14-cv-03991-PJM)

———————

Submitted:  January 24, 2017          Decided:  January 31, 2017

———————

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Melanie Wright, Appellant Pro Se.  Craig Robert Haughton, MCGUIREWOODS, LLP, Atlanta, Georgia; Robert Harvey Hillman, SAMUEL I. WHITE PC, Rockville, Maryland; Behzad Gohari, GOHARI LAW FIRM LLC, Bethesda, Maryland; Ziad Paul Haddad, David Christopher Tobin, TOBIN, O'CONNOR & EWING, Washington, D.C.; Neil R. White, Assistant United States Attorney, Greenbelt, Maryland; Mark William Schweitzer, MCNAMEE, HOSEA, JERNIGAN, KIM, GREENAN & LYNCH PA, Greenbelt, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melanie Wright appeals the district court's order dismissing her complaint with prejudice for failing to state a claim.  Wright sought to challenge a state-administered foreclosure proceeding after defaulting on a mortgage that her father initially held on the contested property and later transferred to her.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Wright v. Nationstar Mortg., LLC</u>, No. 8:14-cv-03991-PJM (D. Md. Mar. 18, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>